RECEIVED

OCT 23 2023 (m.)

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

1:23-cv-1509 Sec P

✓CASE# 23-cv-0136 SecP

United States Of America

VS.

Andre Burke

Administrative TorT Claim NO.TRT-SCR-2022-03693

## Motion

Now Comes into Court Andre Burke who Respectfully Request This honorable Court To Grant Mr Burke Motion to Adjudicate his Claim For Personal Injury against The United STates Penitentiary Pollock.

On March 12, 2022 at Approximately 12:00am while Sucured in The Special housing unit on Range 3- Cell 202 at USP Pollock My finger's were Crushed into The Food Tray Slot by Staff/CO, B. Bordelon. At The time of my injury i Quickly tried to alert CO B. Bordelon about my damaged finger's but was ignored and Denied medical Treatment. Once Staff finally Realized that i was not joking and That i was really hurt, They Still ignored My Request For help untill other inmates began helping me by alerting another officer (CO Johnson) who was present on the Range at that Time. After briefly Seing Medical Staff (C. Dean) and being examined and interviewed by both Medical Staff as well as (L.T Rewe), Who Took Photo's of my injuries, I Then was finally Transported To an Outside hospital (Rapides Regional Medical Center) See Med Record's on attached Pages.

After MY hospital Trip i was then Sent back to USP Pollock, Range 3 Cell 202 The Same day. On The 12th day of March, 2022 i started my TorT Claim Process involving my Injuries at USP Pollock The Same day. See,
TorT Claim NO# TRT-SCR-2022-03693

## Conclusion

Therefore Based on The Argument and also the fact's of the Case, Mr Burke Wishe's to Respectfully And humbly Request That The Government Anwser these Bonefile Claims.

To Show You Fact's of Informal Resolution Attemp, My STatement's of fact's Med Record's From March 12, 2022 while at (The Rapides Regional Medical Center,) And also a Response from (The South Central Regional Office) Regional Counsel, Jason A. Sickler) 18 month's later Informing Me that my claim would be left open to be adjudicated, See All ATTachment's... Respectfully Submitted

✗ Andre Burke