## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **ANDRE BURKE #41560-007** | **CIVIL ACTION NO. 23-cv-1509 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **USA** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 24] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 21] filed by Defendant United States of America is **DENIED** as Plaintiff has stated a plausible claim.

**MONROE, LOUISIANA**, this the 2nd day of December 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE